No. 01–8047. PEREZ *v.* UNITED STATES, *ante,* p. 910; and

No. 01–8174. IN RE COX, *ante,* p. 904. Petitions for rehearing denied.

APRIL 24, 2002

No. 01–9463 (01A800). COLEMAN *v.* BAGLEY, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 01–9775 (01A801). COLEMAN *v.* OHIO. Sup. Ct. Ohio. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

APRIL 25, 2002

No. 01–9874 (01A816). IN RE COLEMAN. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–9875 (01A817). IN RE COLEMAN. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–9873 (01A815). COLEMAN *v.* COYLE, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

APRIL 26, 2002

No. 01–8406. WILLIAMS *v.* HEAD, WARDEN. Sup. Ct. Ga. Certiorari dismissed under this Court's Rule 46.

APRIL 29, 2002

No. 01–8606. JAMES *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and